UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-01733-DSF (SP) | Date | June 16, 2023 |
|---|---|---|---|
| Title | NICHOLAS VALERIO v. D. SAMUELS, et al. | | |

| Present: The Honorable | **Sheri Pym, United States Magistrate Judge** | |
|---|---|---|
| Kimberly Carter | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff(s):   Attorneys Present for Defendant(s):

None Appearing   None Appearing

**Proceedings:**   **(In Chambers) Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Prosecute**

On March 16, 2022, plaintiff Nicholas Valerio, a California prisoner proceeding pro se, lodged a civil rights complaint pursuant to 42 U.S.C. § 1983. The complaint alleges that staff at the California Men's Colony confiscated his property without a hearing and subjected him to retaliation after he filed a grievance. On March 24, 2023, this court, having completed screening of the complaint, found it subject to dismissal and granted plaintiff leave to file a First Amended Complaint by April 24, 2023. The court also instructed plaintiff he could notify the court by April 24, 2023 that he intended to stand on the complaint without amendment. More than a month having passed beyond this deadline, the court has not received a First Amended Complaint or any other communication from plaintiff.

Accordingly, within **twenty-one (21)** days of the date of this Order, that is, by **July 7, 2023**, plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. Plaintiff is cautioned that his failure to timely file a response to this Order to Show Cause will be deemed by the court as consent to the dismissal of this action without prejudice. In the event plaintiff wishes to voluntarily dismiss this action, plaintiff may complete and return the enclosed Notice of Dismissal form by July 7, 2023.

If plaintiff files a First Amended Complaint by **July 7, 2023**, this Order to Show Cause will be automatically discharged, and plaintiff need not respond to it separately.